UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-58-D-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| COREY WILLIAMS | |

This matter is before the Court on Defendant's motion for a competency evaluation pursuant to 18 U.S.C. § 4241. For good cause shown, the motion is ALLOWED. It is hereby ORDERED that a psychiatric or psychological examination of defendant be conducted pursuant to 18 U.S.C. § 4247(b) in order to determine whether defendant is presently suffering from a mental disease or defect rendering him mentally incompetent. The evaluation will determine whether Mr. Williams understands the nature and consequences of the proceedings against him and whether he can properly assist in his defense. The evaluation will also determine, at the time of the alleged offenses, whether Mr. Williams appreciated the criminality of his alleged actions and/or was capable of conforming his behavior to the law. Following the examination, a report shall be filed with the court and copies served on counsel for defendant and the United States Attorney as provided by 18 U.S.C. § 4247(c). The delay occasioned by the granting of the motion is hereby excluded from computation for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(8)(A). The undersigned finds, after weighing all relevant factors, that the interests of justice are best served by granting the motion. The hearing on Defendant's competency and the trial of this matter are set for __May 2016__.

IT IS SO ORDERED. This __7__ day of January, 2016.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE